# UNITED STATES DISTRICT COURT
## for the
### District of
### Division

FILED
ASHEVILLE, NC

NOV 2 2 2022

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Case No. 1:22-cv-00251
*(to be filled in by the Clerk's Office)*

Pakuja Crystal Vang

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)* ☐ Yes  ☐ No

Valdese Weaver

*Defendant, Third–party plaintiff(s)*
*(Write the full name of each defendant/third–party plaintiff. If the names of all the defendants/third–party plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

North Carolina, Virginia, Washington Dc, South Carolina

*Third–party defendant(s)*
*(Write the full name of each third–party defendant. If the names of all the third–party defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## THIRD – PARTY COMPLAINT

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        Pakuja Crystal Vang

|  |  |
|---|---|
| Street Address | homeless |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | crystalchax@gmail.com |

**B.** The Defendant(s)/Third-Party Plaintiff(s)

Provide the information below for each defendant/third-party plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | Valdese Weaver |
| Street Address | 1000 Perkins Rd SE |
| City and County | Valdese, Burke County |
| State and Zip Code | North carolina, 28690 |
| Telephone Number | (828) 874-2181 |
| E-mail Address | |

**C.** The Third-Party Defendant(s)

Provide the information below for each third-party defendant named in the complaint, whether the third-party defendant is an individual, a government agency, an organization, or a corporation. For an individual third-party defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Third-Party Defendant No. 1

|  |  |
|---|---|
| Name | North Carolina |
| Job or Title *(if known)* | |
| Street Address | 20301 Mail Service Center |
| City and County | Raleigh, Wake county |
| State and Zip Code | NC 27699-0301 |
| Telephone Number | (919) 814-2000 |
| E-mail Address *(if known)* | |

Third-Party Defendant No. 2

|  |  |
|---|---|
| Name | Virginia |
| Job or Title *(if known)* | |

| | |
|---|---|
| Street Address | P.O. Box 1475 |
| City and County | Richmond |
| State and Zip Code | VA, 23218 |
| Telephone Number | 804-786-2211 |
| E-mail Address (if known) | |

Third-Party Defendant No. 3

| | |
|---|---|
| Name | Washington Dc |
| Job or Title (if known) | |
| Street Address | PO Box 40002 |
| City and County | Olympia, Thurston County |
| State and Zip Code | Wa 98504-0002 |
| Telephone Number | 360-902-4111 |
| E-mail Address (if known) | |

Third-Party Defendant No. 4

| | |
|---|---|
| Name | South Carolina |
| Job or Title (if known) | |
| Street Address | 1100 Gervais Street |
| City and County | Columbia |
| State and Zip Code | South Carolina 29201 |
| Telephone Number | 1-803-734-2100 |
| E-mail Address (if known) | |

II. **Initial Complaint**

    A. Identify the initial complaint filed against you and the date it was filed. Describe the events that gave rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought. Attach the complaint as an exhibit.

B. State whether you have filed an answer to the complaint and, if so, briefly summarize what admissions or denials that answer asserted. Attach the answer as an exhibit.

## III. Third-Party Complaint

A. Describe the nature of the relationship between you and the third-party defendant. Attach any contracts or documents showing the nature of the relationship.

    Usb drive show most medical documents that I was able to retain, recordings and insurance cards. Mostly insurance and medical care provider, public services like social security and social service office and other places or people that I was delay benefit and other issues. Misdiagnose on purpose or refused to retain medication from pharmacy.

B. Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the third-party defendant for contribution to or indemnification for the amount of damages and costs awarded to the plaintiff. Include the percentage of the plaintiff's recovery that the third-party defendant will be required to contribute. Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the third-party defendant.

    Third-party liability" refers to bodily injury caused to a person because of a negligent or reckless third party's actions or omissions. Third-party liability may arise when an individual or entity that is separate from the employer causes the workplace accident. State's laws, a person harmed as a result of the negligence of another can sue for recovery of damages if the wrongdoer refuses to compensate the injured person. The NCTCA applies in any case where a state officer, employee, or agent engages in negligent behavior and causes harm while acting as a government employee. In these cases, the act makes it so you can sue the state just like any person or company.

When you are also negligent in an accident that resulted in your injuries, you can still recover damages as long as your fault was below 51%. This is stipulated in South Carolina's comparative negligence rule.

## IV. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/22/2022

Signature of Defendant/Third-Party Plaintiff: *[signature]*
Printed Name of Defendant/Third-Party Plaintiff: Pakuja Crystal Vang

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address